# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 201 |
| | : | |
| APPOINTMENTS TO THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 21st day of August, 2020, Joseph G. Price, Esquire, Lackawanna County, and Samuel W. Milkes, Esquire, Cumberland County, are hereby appointed as members of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2020.